UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMO SHIBATA,<br><br>Plaintiff,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>Defendant. | No. 2:17-cv-01208-TLN-AC<br><br><br><br>ORDER TO SHOW CAUSE |

On June 12, 2017, this Court ordered plaintiff to file a complaint conforming to the Federal Rules of Civil Procedure. ECF No. 2. Plaintiff was given 30 days to file a complaint. Id. On July 12, 2017, plaintiff filed a "status report" that cannot be construed as a complaint or a request for an extension of time. ECF No. 3. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute. The filing of a complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice, bearing the docket number assigned this case, will be considered compliance with this order.

DATED: July 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE